IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | 3:03-cr-00018 |
| v. | * | |
| JOSEPH FIZGERALD DODD, | * | ORDER |
| Defendant. | * | |

Before the Court is a pro se Motion for Modification of Sentence, filed by Joseph Dodd ("Defendant"). Defendant's motion alleges that, during his original sentencing, the Court erred by calculating his offense level using the amount of cocaine base that was attributed to the conspiracy he was convicted of taking part in, rather than on the amount contained in his count of conviction. Defendant further claims that this error caused the Court to mistakenly determine that he was not eligible for relief pursuant to 18 U.S.C. § 3582(c) and U.S.S.G. amendments 706 ("Amendment 706") and 750 ("Amendment 750") .

Title 18 U.S.C. § 3582(c)(2) states:

[I]n the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission . . . , the court may reduce the term of imprisonment, after considering the factors set forth in section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

To the extent that Defendant's Motion seeks to address errors he claims were made during the original sentencing proceeding, the Court is without authority to consider these claims. *See Dillon v. United States*, 130 S. Ct. 2683, 2691 (2010) (holding that § 3582(c)(2) "does not authorize a sentencing or resentencing proceeding" but rather "a limited adjustment to

an otherwise final sentence"). To the extent that Defendant seeks reconsideration of the Court's previous rulings denying him a sentence reduction pursuant to § 3583(c)(2) and either Amendment 706 or Amendment 750, these claims are denied for the reasons explained in the Court's previous orders. *See* Clerk's Nos. 581 (denying relief based on Amendment 706); 673 (denying relief based on Amendment 750).

Accordingly, the Defendant's Motion (Clerk's No. 683) is DENIED.

IT IS SO ORDERED.

Dated this __29th__ day of May, 2012.

_Robert W. Pratt_
ROBERT W. PRATT, Judge
U.S. DISTRICT COURT